

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00039-CR

**JULIUS MORAN,**

                                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                        **Appellee**

_____

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2010-389-C1**

## MEMORANDUM  OPINION

Julius Moran attempts to appeal from his conviction in January 2011.  By letter dated June 3, 2011, the Clerk of this Court notified Moran that the appeal was subject to dismissal because it appeared that the trial court's certificate of right of appeal indicated that Moran waived his right to appeal and had no right to appeal.  *See* TEX. R. APP. P. 26.2(a)(1); 25.2(d).  The record contains a written waiver of appeal signed by Moran. The Clerk also warned Moran that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the

appeal.  *See* TEX. R. APP. P. 44.3.  We received a response from Moran; however, it does not provide grounds for continuing the appeal.  Moran's "Motion in Opposition to Dismissal" is denied.

Accordingly, this appeal is dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 20, 2011
Do not publish
[CRPM]